ADAMS, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| KAREN L. MCLEOD, ) | |
| ) | CASE NO. 5:05CV1616 |
| Plaintiff, ) | |
| ) | |
| v. ) | Judge John R. Adams |
| ) | |
| DOCTORS HOSPITAL OF STARK ) | OPINION & ORDER |
| COUNTY, INC., ) | [Resolving Doc. 5] |
| ) | |
| Defendant. ) | |

Before the Court is Plaintiff Karen L. McLeod's pro se Motion to Remand this case back to the state court from which it originated. Defendant Doctors Hospital of Stark County, Inc. has not yet filed an opposition; however, no opposition is necessary because the Court hereby denies Plaintiff's motion.

Despite Plaintiff's assertion to the contrary, Defendant's Notice of Removal was timely filed pursuant to the Federal Rules of Civil Procedure's guidelines for time computation, FED. R. CIV. P. 6(a), and the guidelines for additional time after service under Rule 5(b)(2), FED. R. CIV. P. 6(e).

The Court also has subject matter jurisdiction over this action. Even though the state court may have concurrent jurisdiction over claims of this nature, the case is properly before this Court because it has original jurisdiction over Plaintiff's federal claims. 28 U.S.C. § 1331 ("The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."). The Court can exercise its supplemental jurisdiction over Plaintiff's state law claims.

28 U.S.C. § 1367 (a).

      Plaintiff's motion, therefore, is denied.

      IT IS SO ORDERED.

| | |
|---|---|
|  July 25, 2005  |  */s/ John R. Adams*  |
| Date | John R. Adams |
| | U.S. District Judge |